MARGARET GOLDMAN, Respondent, v. GEORGE A. CARDEN and Others, Appellants, Impleaded with Others, Defendants.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM PILKINGTON, Respondent, v. ATWELL, GUSTIN, MORRIS, INC., and Another, Appellants.†— Judgment reversed and a new trial ordered, with costs to appellants to abide the event, unless plaintiff stipulate to reduce the judgment as entered to the sum of $12,208.55; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CENTRAL CHANDELIER COMPANY, Appellant, v. IRVING TRUST COMPANY, as Trustee in Bankruptcy of ADELINE BUILDING CORPORATION, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL KRONSKY, INC., Appellant, v. MANLIO LICCIONE and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPHINE RIVIERE and Another, Respondents, v. ALFRED B. MOLDENKE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DUFFY-MOTT COMPANY, INC., Respondent, v. CHARLES F. HOLLWEDEL and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CAROL E. LEVAE, Respondent, v. DUFF & CONGER, INC., Appellant.‡— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin and O'Malley, JJ., dissent.

PAULINE LEVY, Respondent, v. TIER REALTY CORPORATION, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EDWARD JOSEPH and Others, Respondents, v. ABE STEREGACK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LILLIAN SHEIOVITZ, as Administratrix, etc., of LOUIS SHEIOVITZ, Deceased, Appellant, v. PEOPLE'S HOSPITAL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LOUIS KATZ, Respondent, v. ESTHER BERKOWITZ and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to serve an amended answer within ten days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES ELBERN, Appellant, v. CHARLES C. WALSEY, Respondent, Impleaded with Another Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

---

* Affd., 259 N. Y. ——.   † Modfd., 259 N. Y. ——.   ‡ Revd., 258 N. Y. 585.